# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 07-7035**                                **September Term, 2006**

06cv01470

Filed On:

Jerome Clarke,
      Appellant

v.

Black Entertainment Television, Inc. and Debra Lee,
CEO, in her Individual & personal capacities,
      Appellees



## ORDER

Upon consideration of the motion to appeal in forma pauperis, which was received from appellant Jerome Clark, it is, on the court's own motion,

**ORDERED** that the motion to appeal in forma pauperis be referred to the district court for resolution in the first instance. It is

**FURTHER ORDERED** that this appeal be held in abeyance pending further order of the court.

The Clerk is directed to transmit a copy of this order to the district court. The district court is requested to notify this court promptly following its disposition of the motion.

FOR THE COURT:
Mark J. Langer, Clerk

BY:  MaryAnne McMain
     Deputy Clerk