# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 07-7035**                                              **September Term, 2007**

06cv01470

Filed On: November 16, 2007

[1080673]
Jerome Clarke,
        Appellant

v.

Black Entertainment Television, Inc. and Debra Lee, CEO, in her Individual & personal capacities,
        Appellees

**MANDATE**
Pursuant to the provisions of Fed. R. App.Pro.41(a)
ISSUED:
BY:
ATTACHED: ___ Amending Order
___ Opinion
___ Order on Costs

**BEFORE:**   Sentelle, Randolph, and Brown, Circuit Judges

### O R D E R

Upon consideration of the order to show cause filed March 20, 2007, and the response thereto, it is

**ORDERED** that the order to show cause be discharged. It is

**FURTHER ORDERED**, on the court's own motion, that the appeal be dismissed. The court lacks jurisdiction to review the district court's order of dismissal filed August 21, 2006, because the notice of appeal was filed more than 30 days after entry of that order in the civil docket. See Fed. R. App. P. 4(a)(1)(A); Bowles v. Russell, 127 S. Ct. 2360, 2363-65 (2007).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. See Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

### Per Curiam

A True Copy:
United States Court of Appeals
for the District of Columbia Circuit

By: _____ Deputy Clerk